CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK
  JASON BOATRIGHT



**Court of Appeals**
**Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

January 30, 2018

W. Bradford Hill, Jr.
Hill & Finkel, LLP
602 Sawyer Street, Suite, 450
Houston, TX 77007-7524

Greg K. Winslett
Quilling Selander Lownds Winslett Moser, PC
2001 Bryan Street, Suite 1800
Dallas, TX 75201-3070

Kevin B. Finkel
Hill & Finkel, LLP
602 Sawyer Street, Suite 450
Houston, TX 77007-7521

Audrey Mola Momanaee Chatrodi
Gardere Wynne Sewell, LLP
1000 Louisiana Street, Suite 3400
Houston, TX 77002-5011

Michael Feiler
Quilling, Selander, Lownds, Winslett
& Moser, PC
2001 Bryan Street, Suite 1800
Dallas, TX 75201

Gregory R. Ave
Walters Balido & Crain, LLP
Meadow Park Tower, Suite 1500
10440 North Central Expressway
Dallas, TX 75231

Michael K. Hurst
Lynn Pinker Cox & Hurst, LLP
2100 Ross Avenue, Suite 2700
Dallas, TX 75201

Marvin C. Moos
Horne Rota Moos, LLP
2777 Allen Parkway, Suite 1200
Houston, TX 77019

Peter Scaff
Gardere Wynne Sewell, LLP
1000 Louisiana Street, Suite 3400
Houston, TX 77002-2011

Re:     **Basic Energy Services, L.P. v. EXCO Resources, Inc. et al.; 05-15-00667-CV**

Dear Attorneys:

Enclosed is a corrected page for the above-mentioned case. Please note the following typographical error, which has been corrected:

Page 12, paragraph 1, line 4, replace *Anderson* with *Andersen*

Please replace page twelve of your previous copy with the enclosed.


Sincerely,

/s/ Lisa Matz

Lisa Matz
Clerk of the Court


cc:     Trial court judge
        Trial court clerk


150667LF.P05